**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS YOUNG, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>LEAFFILTER NORTH OF MASSACHUSETTS, LLC & LEAFFILTER NORTH, LLC,<br><br>         Defendants. | ) CASE NO. 1:19-CV-10055-GAO<br>)<br>) JUDGE GEORGE A. O'TOOLE, JR.<br>)<br>)<br>) **CORPORATE DISCLOSURE**<br>) **STATEMENT OF LEAFFILTER NORTH**<br>) **OF MASSACHUSETTS, LLC**<br>)<br>)<br>)<br>)<br>) |

Pursuant to Fed. R. Civ. P. 7.1, Defendant LeafFilter North of Massachusetts, LLC hereby states:

1. Defendant LeafFilter North of Massachusetts, LLC is a wholly-owned subsidiary of LeafFilter North, LLC. No public held company owns 10% or more of its stock.

                                      Respectfully submitted,

                                      /s/ Kristen Schuler Scammon
                                      Kristen Schuler Scammon (BBO# 634586)
                                      TORRES, SCAMMON, HINKS & DAY, LLP
                                      35 India Street
                                      Boston, MA 02110
                                      Telephone:  617.206.4893
                                      Email:  kscammon@tshdlegal.com

                                      Johanna Fabrizio Parker
                                      Email: jparker@beneschlaw.com
                                      Corey Clay
                                      Email: cclay@beneschlaw.com
                                      BENESCH, FRIEDLANDER, COPLAN &
                                            ARONOFF LLP
                                      200 Public Square, Suite 2300
                                      Cleveland, Ohio 44114-2378
                                      Telephone:  216.363.4585
                                      Facsimile:  216.363.4588
                                      (*pro hac vice* forthcoming)
                                      *Counsel for Defendants LeafFilter North of*
                                      *Massachusetts, LLC & LeafFilter North, LLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Corporate Disclosure Statement* was electronically filed in accordance with the Court's electronic filing guidelines on the 5th day of February, 2019. Service on all parties of record will be made through the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Filing System.

/s/ Kristen Schuler Scammon
Kristen Schuler Scammon

*Counsel for Defendants LeafFilter North of Massachusetts, LLC & LeafFilter North, LLC*
