# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS YOUNG, individually and on behalf of all others similarly situated, | ) CASE NO. 1:19-CV-10055-GAO ) ) JUDGE GEORGE A. O'TOOLE, JR. |
| Plaintiff, | ) ) |
| vs. | ) **CORPORATE DISCLOSURE** ) **STATEMENT OF LEAFFILTER** ) **NORTH, LLC** |
| LEAFFILTER NORTH OF MASSACHUSETTS, LLC & LEAFFILTER NORTH, LLC, | ) ) ) ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 7.1, Defendant LeafFilter North, LLC hereby states:

1. Defendant LeafFilter North, LLC has a parent company: Leaf Holdings, LLC.

No public held company owns 10% or more of its stock.

        Respectfully submitted,

        /s/ Kristen Schuler Scammon
        Kristen Schuler Scammon (BBO# 634586)
        TORRES, SCAMMON, HINKS & DAY, LLP
        35 India Street
        Boston, MA 02110
        Telephone:  617.206.4893
        Email:  kscammon@tshdlegal.com

        Johanna Fabrizio Parker
        Email: jparker@beneschlaw.com
        Corey Clay
        Email: cclay@beneschlaw.com
        BENESCH, FRIEDLANDER, COPLAN &
           ARONOFF LLP
        200 Public Square, Suite 2300
        Cleveland, Ohio 44114-2378
        Telephone:  216.363.4585
        Facsimile:  216.363.4588
        (*pro hac vice* forthcoming)
        *Attorneys for Defendants LeafFilter North of*
        *Massachusetts, LLC & LeafFilter North, LLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Corporate Disclosure Statement* was electronically filed in accordance with the Court's electronic filing guidelines on the 5th day of February, 2019. Service on all parties of record will be made through the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Filing System.

*/s/* Kristen Schuler Scammon
Kristen Schuler Scammon

*Attorneys for Defendants LeafFilter North of Massachusetts, LLC & LeafFilter North, LLC*