IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS YOUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LEAFFILTER NORTH OF MASSACHUSETTS, LLC and LEAFFILTER NORTH, LLC, <br><br> Defendants. | CASE NUMBER: 1:19–CV–10055 |

## PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION

Pursuant to 29 U.S.C.A. § 216(b), Plaintiff, Thomas Young ("Young"), moves for conditional certification of this collective action, and for an order authorizing notice to issue to a putative class consisting of the following group of individuals:

> **All individuals who worked as Installers for LeafFilter North, LLC during the past three years who were classified as independent contractors.**

In support hereto, the Plaintiff submits his accompanying memorandum of law, affidavit of Plaintiff's counsel Nicholas Schneider, affidavit of Plaintiff, Thomas Young, proposed class notice and consent form, and proposed order.

WHEREFORE, the Plaintiff respectfully requests that this motion be **ALLOWED**.

Respectfully Submitted,
Plaintiff,
THOMAS YOUNG,
individually and on behalf of all others similarly situated,
By his attorney(s),

/s/ Adam J. Shafran
Adam J. Shafran, Esq. (BBO 670460)
*ashafran@rflawyers.com*
Jonathon D. Friedmann, Esq. (BBO 180130)
*jfriedmann@rflawyers.com*
Nicholas J. Schneider, Esq. (BBO 688498)
*nschneider@rflawyers.com*
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
617-723-7700
617-227-0313 (fax)

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel for the Plaintiff hereby certifies that on June 6, 2019 Plaintiff's counsel conferred with Defendant's counsel and attempted in good faith to resolve or narrow the issue presented in the Plaintiff's motion.

/s/ Adam J. Shafran
Adam J. Shafran

## CERTIFICATE OF SERVICE

I, Adam J. Shafran, certify that on June 6, 2019, I filed this document through the ECF system and that notice will be electronically sent to all registered participants identified on the Notice of Electronic Filing.

/s/ Adam J. Shafran
Adam J. Shafran